UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KENNEDY, LEILA P | § | Case No. 11-19456 MB |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/26/2012 in Courtroom 250,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KENNEDY, LEILA P § Case No. 11-19456 MB
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,361.28 |
| and approved disbursements of | $ | 18.44 |
| leaving a balance on hand of[1] | $ | 7,342.84 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,486.13 | $ 0.00 | $ 1,486.13 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 1,375.00 | $ 0.00 | $ 1,375.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,861.13 |
| Remaining Balance | $ 4,481.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,456.92 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP, agent for Target | $ 2,149.30 | $ 0.00 | $ 666.29 |
| 2 | Chase Bank USA, N.A. | $ 2,808.50 | $ 0.00 | $ 870.65 |
| 3 | GE Capital Retail Bank | $ 2,649.16 | $ 0.00 | $ 821.25 |
| 4 | GE Capital Retail Bank | $ 3,674.74 | $ 0.00 | $ 1,139.19 |
| 5 | Springleaf Financial Services | $ 3,175.22 | $ 0.00 | $ 984.33 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,481.71 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-19456-MB
Leila P Kennedy                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: csimmons | Page 1 of 2 | Date Rcvd: Jan 09, 2012 |
|---|---|---|---|
| | Form ID: pdf006 | Total Noticed: 16 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2012.
```
db           +Leila P Kennedy,    403 Gregory M.Sears Dr.,    Gilberts, IL 60136-4052
17241575     +Auto Credit USA,    100 W Coliseum Blvd.,    Ft. Wayne, In 46805-1044
17241577      Chase Bank,    Cardmember Services,    P O Box 94014,    Palatine, IL 60094-4014
17241578      Chase Bank USA,    c/o Weltman Weinberg etal,    323 W Lakeside Ave #200,
               Cleveland, OH 44113-1009
17721246      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17241579      Menards/HSBC,    PO Box 17602,    Baltimore, Md 21297-1602
17241580      Sears,    P O Box 183081,    Columbus, Oh 43218-3081
17241581      Sears Credit Card,    P O Box 183082,    Columbus, Oh 43218-3082
17241582    #+Target National Bank,    P O Box 59317,    Minneapolis, Mn 55459-0317
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17656778      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2012 04:58:58
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK 73124-8866
17241576      E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2012 04:22:24     CareCredit/GEMB,    P O Box 981127,
               El Paso, Tx 79998-1127
17900833      E-mail/PDF: rmscedi@recoverycorp.com Jan 10 2012 04:39:19     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18013354      E-mail/PDF: cbp@slfs.com Jan 10 2012 05:09:21     Springleaf Financial Services,    PO Box 3251,
               Evansville, IN 47731
17241573      E-mail/PDF: cbp@slfs.com Jan 10 2012 05:09:21     American General Fin.Svcs,
               c/o Krisor & Associates,    P O Box 6200,    South Bend, IN 46660
17241574      E-mail/PDF: cbp@slfs.com Jan 10 2012 05:09:21     American General Finance,    P O Box 790368,
               St Louis, Mo. 63179-0368
17241583      E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2012 04:22:24     Walmart/Discover Card,
               P O Box 960024,    Orlando, Fl 32896-0024
                                                                                               TOTAL: 7
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons              Page 2 of 2                  Date Rcvd: Jan 09, 2012
                              Form ID: pdf006             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2012 at the address(es) listed below:
     Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
     Stephen J Costello   on behalf of Debtor Leila Kennedy steve@costellolaw.com
     Thomas E Springer   on behalf of Trustee Thomas Springer tspringer@springerbrown.com,
      jkrafcisin@springerbrown.com
     Thomas E Springer   tspringer@springerbrown.com,
      tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                 TOTAL: 4