UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
KENNEDY, LEILA P § Case No. 11-19456
§
    Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　　THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

　　　　3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Fin.Svcs c/o Krisor & Associates P O Box 6200 South Bend, IN 46660 | | | | | |
| | American General Finance P O Box 790368 St Louis, Mo. 63179-0368 | | | | | |
| | Auto Credit USA 100 W Coliseum Blvd. Ft. Wayne, In. 46805 | | | | | |
| | CareCredit/GEMB P O Box 981127 El Paso, Tx 79998-1127 | | | | | |
| | Chase Bank Cardmember Services P O Box 94014 Palatine, IL 60094-4014 | | | | | |
| | Chase Bank USA c/o Weltman Weinberg etal 323 W Lakeside Ave #200 Cleveland, OH 44113-1009 | | | | | |
| | Menards/HSBC PO Box 17602 Baltimore, Md 21297-1602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Credit Card P O Box 183082 Columbus, Oh 43218-3082 | | | | | |
| | Sears P O Box 183081 Columbus, Oh 43218-3081 | | | | | |
| | Target National Bank P O Box 59317 Minneapolis, Mn.55459 | | | | | |
| | Walmart/Discover Card P O Box 960024 Orlando, Fl 32896-0024 | | | | | |
| 5 | Springleaf Financial Services | | | | | |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 2 | Chase Bank Usa, N.A. | | | | | |
| 3 | Ge Capital Retail Bank | | | | | |
| 4 | Ge Capital Retail Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-19456 MB Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | KENNEDY, LEILA P | Date Filed (f) or Converted (c): | 05/06/11 (f) |
| | | 341(a) Meeting Date: | 06/14/11 |
| For Period Ending: | 11/02/12 | Claims Bar Date: | 11/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 15.00 | 0.00 | | 0.00 | FA |
| 2. Checking acct. at Harris Bank | 300.00 | 0.00 | | 0.00 | FA |
| 3. Household furniture, furnishings and supplies incl | 400.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5. Life insurance and burial insurance - Term ins. | 0.00 | 0.00 | | 0.00 | FA |
| 6. Sold 2004 Trailer to Jenniver Lively in W V and ba | 13,000.00 | 7,361.00 | | 7,361.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.35 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $13,915.00     $7,361.00     $7,361.35     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/02/11     Current Projected Date of Final Report (TFR): 12/02/11

LFORM1     Ver: 17.00a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-19456 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | KENNEDY, LEILA P | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0999  MONEY MARKET |
| Taxpayer ID No: | *******0341 | | |
| For Period Ending: | 11/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/08/11 | 6 | Lelia P. Kennedy (Debtor) c/o Costello & Costello, P.C. 19 N. Western Avenue, Rte. 31 Carpentersville, IL 60110 | Funds from Sale of Trailer | 1129-000 | 7,361.00 | | 7,361.00 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 7,361.04 |
| 09/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,361.10 |
| 10/31/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,361.16 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.38 | 7,351.78 |
| 11/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,351.84 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 9.06 | 7,342.78 |
| 12/30/11 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,342.84 |
| 01/31/12 | 7 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,342.90 |
| 02/07/12 | 7 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 7,342.91 |
| 02/07/12 | | Transfer to Acct #*******1066 | Final Posting Transfer | 9999-000 | | 7,342.91 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 7,361.35 | 7,361.35 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 7,342.91 | |
| Subtotal | | 7,361.35 | 18.44 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 7,361.35 | 18.44 | |

Page Subtotals       7,361.35       7,361.35

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-19456 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | KENNEDY, LEILA P | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1066 GENERAL CHECKING |
| Taxpayer ID No: | *******0341 | | | |
| For Period Ending: | 11/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) / Account CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/12 | | Transfer from Acct #*******0999 | Transfer In From MMA Account | 9999-000 | 7,342.91 | | 7,342.91 |
| 02/07/12 | 001000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 | | 1,486.12 | 5,856.79 |
| 02/07/12 | 001001 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,375.00 | 4,481.79 |
| 02/07/12 | 001002 | American InfoSource LP, agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 1, Payment 31.00079% | 7100-900 | | 666.30 | 3,815.49 |
| 02/07/12 | 001003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 2, Payment 31.00089% | 7100-900 | | 870.66 | 2,944.83 |
| 02/07/12 | 001004 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 3, Payment 31.00115% | 7100-900 | | 821.27 | 2,123.56 |
| 02/07/12 | 001005 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 4, Payment 31.00110% | 7100-900 | | 1,139.21 | 984.35 |
| 02/07/12 | 001006 | Springleaf Financial Services<br>PO Box 3251<br>Evansville, IN 47731 | Claim 5, Payment 31.00100% | 7100-000 | | 984.35 | 0.00 |

Page Subtotals  7,342.91  7,342.91

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-19456 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KENNEDY, LEILA P | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1066  GENERAL CHECKING |
| Taxpayer ID No: | *******0341 | | | |
| For Period Ending: | 11/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,342.91 | 7,342.91 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 7,342.91 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,342.91 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,342.91 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********0999 | 7,361.35 | 18.44 | 0.00 |
| GENERAL CHECKING - ********1066 | 0.00 | 7,342.91 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 7,361.35 | 7,361.35 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 17.00a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)